10965.000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DIANA ARMSTRONG,<br>   Plaintiff,<br><br>v.<br><br>SOONER MANAGEMENT<br>CONSULTANTS, INC., d/b/a<br>NORTHVIEW ESTATES,<br>   Defendant. | Civil Action No. 18-CV-114-KEW |

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

The parties hereto, through their counsel of record, pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), do hereby stipulate that the foregoing action should be, and hereby is, dismissed with prejudice. Each party is to bear her or its own costs of action and attorney's fees.

BARROW & GRIMM, P.C.

*/s/ Thomas D. Robertson*

Thomas D. Robertson, OBA No. 7665
110 W. 7th Street, Suite 900
Tulsa, Oklahoma 74119-1044
Telephone (918) 584-1600
Facsimile (918) 585-2444
robertson@barrowgrimm.com

WILCOXEN & WILCOXEN

*/s/ James G. Wilcoxen*

James G. Wilcoxen, OBA No. 9605
Post Office Box 357
Muskogee, Oklahoma 74402-0357
Telephone (918) 683-6696
Facsimile (918) 682-8605
jim@wilcoxenlaw.net